IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WALTER STOKES, | § | |
| | § | |
| Defendant Below, | § | No. 235, 2021 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 76000001D1 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 23, 2021
Decided: October 7, 2021

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

**O R D E R**

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons assigned in the Superior Court's July 12, 2021 order denying the appellant's motion for correction of an illegal sentence.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice